## Colorado Federal District Court

Rev. Ryan "Sasha" Gallagher
1690 Monterey Way
Fountain, CO 80817

V

National Security Agency

Director Admiral Rodgers
9800 Savage Rd. Rm#3n057 Bldg#ntb316gm
Ft. George G. Meade, MD 20755-6000

David J. Sherman
Chief, Strategy, and Police
FOIA/ECPA Appeal Authority

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
6/18/2018
JEFFREY P. COLWELL, CLERK



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 18 2018
JEFFREY P. COLWELL
CLERK

Request for Judicial Review/Complaint
Claim.

In 2016, I filed a FOIA/ECPA request with the NSA, and they pretended they didn't receive it. Then in December 2016, they had me submit it again. I soon after appealed their response, and they claimed to have sent out a reply in July 2017 that I did not receive. I recently requested this response from them and they sent it to me in an email, here was the main part that the court needs to see:

*You are hereby advised of your right pursuant to 5 U.S.C. S 552(a)(4)(B) to seek judicial review of our determination in the United States District Court in the District which you reside.*

I have spoke with the NSA FOIA Liason, I have spoken with various people at the NSA, and I have spoken with the OGIS who said they are reviewing it, but the NSA told me I should go to Federal Court, so I am doing that.

https://www.law.cornell.edu/

except that subparagraph (B) shall not apply in any instance where the agency has already disclosed to the public the content or nature of its proposed action, or where the agency is required by law to make such disclosure on its own initiative prior to taking final agency action on such proposal; or

(10)
specifically concern the agency's issuance of a subpena, or the agency's participation in a civil action or proceeding, an action in a foreign court or international tribunal, or an arbitration, or the initiation, conduct, or disposition by the agency of a particular case of formal agency adjudication pursuant to the procedures in section 554 of this title or otherwise involving a determination on the record after opportunity for a hearing.

Extremely Important:
United States v. Reynolds, 345 US 1 (1953)
Hampton v. Hanrahan, 522 F. Supp. 140 (ND Ill 1981)
Hampton v. Hanrahan, 600 F.2d 600 (7th Cir 1979)

# UNCLASSIFIED INFORMATION

**Privacy Act**

The Privacy Act (PA) protects an individual's privacy by putting controls on federal agencies in the collection, use, maintenance, and dissemination of personal information. In addition, it entitles individuals to access federal agency records or to request an amendment to records that are maintained in a file retrievable by an individual's name or personal identifier, except to the extent that information is exempt from release. Individual, in the context of the Privacy Act, is defined as a U.S. citizen or an alien lawfully admitted for permanent residence. The Privacy Act also requires that agency records be accurate, relevant, timely, and complete, and amendments are limited to these criteria. However, amendments are normally restricted to correcting factual errors and not matters of official judgments, such as performance ratings, or subjective judgments that reflect an individual's observation, evaluation, or opinion.

*Flast v. Cohen, 392 U.S. 83 (1968)*

*The "Intelligence Community" uses more Cryptography and Dark Web Applications than anyone in the World, that is why they didn't care what Hillary was doing, they do the same thing all the time.*

*They used to put like a News Paper or something at your house, with a Clock on the third page with the Hands pointing to the time you were supposed to go sit on the Bench.*

*Now they use the same Apps they try to tell you not to use because they are for ISIS.*

*These are articles about the NSA's Program called PRISM, where they use Google, Facebook, Yahoo, etc servers to collect information about you:*
*https://www.washingtonpost.com/news/wonk/wp/2013/06/12/heres-everything-we-know-about-prism-to-date/*
*https://en.wikipedia.org/wiki/PRISM_(surveillance_program)*
*https://www.theguardian.com/us-news/2016/mar/08/fbi-changes-privacy-rules-accessing-nsa-prism-data*
*http://www.vocativ.com/295204/nsa-prism/*
*http://abcnews.go.com/topics/news/nsa-prism.htm*

*If you want to submit a FOIA (Freedom of Information Act request in order to get record from the NSA about you) here is how to do that. The Privacy Act Request is the Normal one to use (the 3rd one here) but you can file both. The top is a sample letter so that you have a template.*
*http://www.nfoic.org/sample-foia-request-letters*
*http://m.nsa.gov/resources/everyone/foia/submit-foia-request/*
*http://m.nsa.gov/resources/everyone/foia/submit-privacy-act-request/*

*This is how to file a Consumer Complaint about any Company that has given away your information, this must be filed before a lawsuit.*
*https://www.usa.gov/consumer-complaints*

*EPCA (Privacy Act)*
https://epic.org/privacy/ecpa/
https://epic.org/privacy/laws/privacy_act.html
"Individuals who violate ECPA face up to five years in prison and fines up to $250,000. Victims are also entitled to bring civil suits and recover actual damages, in addition to punitive damages and attorney's fees, for violations."

*FISA (Foreign Surveillance law where the FISA courts come from)*
http://uscode.house.gov/view.xhtml?path=/prelim@title50/chapter36&edition=prelim
https://www.govtrack.us/congress/bills/110/hr6304/text

*Applications of the Privacy Act*
https://www.rosen.com/divorce/divorcearticles/electronic-communications-privacy-act/
http://www.jurist.org/hotline/2014/01/khaliah-barnes-privacy-act.php

*42 U.S. Code § 1983 (Lawsuit for Violation of Rights)*

*18 U.S. Code § 242 (Criminal Charges for Government Officers using their status to infringe on personal Rights)*

*28 USC § 1442 (Bringing a Lawsuit against Government Officers)*

*Title II Rule 3 & 5 (Procedure for Suing Government Agencies)*

*Flast V Cohen (You can sue the Government for misuse of tax funds)*

*Katz V United States (Reasonable expectation of Privacy)*

*United States V United States District Court (Wiretapping)*

*Riley V California (Cell Phone Records)*

*United States V Guest (Protection from Government Conspiracies)*

*Watkins V United States (Congress' Power is not Unlimited)*

*Buckley V Fitzsimmons (No Immunity for Illegal investigations)*

*Hanrahan V Hampton (Example of an Extensive Government Conspiracy hashed out in Court for 20 years)*

*Examples of Government Corruption*
https://www.aclu.org/news/fbi-audit-exposes-widespread-abuse-patriot-act-powers
https://www.washingtonpost.com/politics/james-whitey-bulgers-capture-could-cause-trouble-inside-the-fbi/2011/06/24/AGis2cjH_story.html

https://www.theguardian.com/technology/2011/mar/17/us-spy-operation-social-networks
"The discovery that the US military is developing false online personalities – known to users of social media as "sock puppets" – could also encourage other governments, private companies and non-government organisations to do the same.
The Centcom contract stipulates that each fake online persona must have a convincing background, history and supporting details, and that up to 50 US-based controllers should be able to operate false identities from their workstations "without fear of being discovered by sophisticated adversaries"."
https://www.liveleak.com/view?i=ec5_14273491

ECPA Case law
Steve Jackson Games, Incorporated, et al. v. Secret Service, et al., 36 F.3d 457 (5th Cir. 1994)
Microsoft Corp. v. United States, No. 14-2985 (2d Cir. 2017)

4th Amendment Case Law
Katz v. United States, 389 U.S. 347 (1967)
Soldal v. Cook County 506 U.S. 56 (1992)
United States v. Jones, 132 S.Ct. 945 (2012)
Florida v. Jardines 569 U.S. ___ (2013)

There is no immunity for investigative activities Buckley v. Fitzsimmons 509 U.S. 259 (1993)

Government Agencies may not reveal private information during investigations Watkins v. United States, 354 U.S. 178 (1957)

They are known to spy on the citizens on the United States
https://www.govtrack.us/congress/bills/110/hr6304/text
https://www.washingtonpost.com/news/wonk/wp/2013/06/12/heres-everything-we-know-about-prism-to-date/
https://en.wikipedia.org/wiki/PRISM_(surveillance_program)
https://www.theguardian.com/us-news/2016/mar/08/fbi-changes-privacy-rules-accessing-nsa-prism-data
http://www.vocativ.com/295204/nsa-prism/
http://abcnews.go.com/topics/news/nsa-prism.htm

both have the capability to turn cell phones and other devices into spying devices Riley v. California 573 U.S. ___ (2014); United States v. United States Dist. Ct. 407 U.S. 297 (1972)
https://wikileaks.org/ciav7p1/

both have the capability to spy through walls using FLIR technology Kyllo v. United States, 533 U.S. 27 (2001)
http://www.flir.com/home/

Warrants can be retrieved and acted on illegally (Overbroad warrants, Malicious Warrants, etc), and those acting on them are liable for doing so Messerschmidt, et al. v. Millender, et al. 565 U.S. ___ (2012)
Defendant and Defendant 2 are both known to abuse their capabilities and retrieve illegal warrants to do so
https://www.washingtonpost.com/news/volokh-conspiracy/wp/2015/02/23/court-invalidates-cell-phone-warrant-as-overbroad/

*http://archive.wired.com/politics/law/news/2007/07/exigentinvestigation*
*https://supreme.justia.com/cases/federal/us/418/323/case.html*
*https://en.wikipedia.org/wiki/Steve_Kurtz*
*https://en.wikipedia.org/wiki/Brandon_Mayfield*
*https://en.wikipedia.org/wiki/Controversial_invocations_of_the_Patriot_Act*
*https://www.aclu.org/news/fbi-audit-exposes-widespread-abuse-patriot-act-powers*
*https://www.washingtonpost.com/politics/james-whitey-bulgers-capture-could-cause-trouble-inside-the-fbi/2011/06/24/AGis2cjH_story.html*
*http://www.cnn.com/2015/05/30/politics/what-happens-if-the-patriot-act-provisions-expire/*
*http://highered.mheducation.com/sites/0072564938/student_view0/chapter4/chapter_outline.html*
*https://www.law.cornell.edu/uscode/text/18/241*
*https://en.m.wikipedia.org/wiki/Abuse_of_process*

*Government Agents must be held to a higher standard than other citizens due to the fact that they are acting under Color of Law Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)*
*Color of Law*
*The act of a state officer, regardless of whether or not the act is within the limits of his or her authority, is considered an act under color of law if the officer purports to be conducting himself or herself in the course of official duties. Under the civil rights act of 1871 (42 U.S.C.A. Section 1983), color of law is synonymous with State Action, which is conduct by an officer that bears a sufficiently close nexus to a state so that the action is treated as though it is by the state.*

*Types of Police misconduct include false confession, false arrest, false evidence, false imprisonment, intimidation, police brutality, police corruption, racial profiling, surveillance abuse, witness tampering, and off-duty misconduct.*
*Others include:*
*1. Noble Cause corruption, where an officer believes that a good outcome justifies his bad behavior.*
*2. Selective Enforcement, allowing friends, family and other officers to break the law.*
*3. Abuse of Power, using the badge to get in to places you would otherwise not be invited or allowed, discounts, etc.*
*4. Police Perjury, blatant lying under oath and/or to other authorities to cover wrongdoing.*
*5. Violation by Officers of police procedural policy.*
*Laws intended to protect against abuse of authority include the 4th Amendment to the Constitution, which prohibits unreasonable searches and seizures; the 14th Amendment to the Constitution, which includes due process and equal protection clauses; the Civil Rights Act of 1871; and the Federal Tort Claims Act.*

*Noble Cause corruption:*
*Corruption caused by the adherence to a teleological ethical system (ex: By their fruits you shall know them; pulling over anyone with larger rims on their car), suggesting that the person "will utilize unethical, and sometimes illegal, means to obtain a desired result," a result which appears to benefit the greater good.*

*Flast V Cohen*

*https://epic.org/privacy/ecpa/*
*Individuals who violate ECPA face up to five years in prison and fines up to $250,000. Victims are also entitled to bring civil suits and recover actual damages, in addition to punitive damages and attorney's*

*fees, for violations.*

## THE MEMO

https://www.thedailybeast.com/

So after the Dossier was written, the guy the wrote it started going around to the Media and being a "Reliable Source" from the British CIA, getting them all to start thinking the Dossier was talking about things outside of the Dossier that were Rumored, when really it was all from Steele, the "Reliable" MI6 guy.

Another thing that this Memo Reveals, is that the FBI has people implanted in the Media who are working as FBI reverse Informants, to put information into the Media. But they are not allowed to Reveal that they are connected to the FBI at all.

So the FBI has a bunch of people that are in the Media, or who are "Sources" for the Media, but the Media doesn't know they are tied to the FBI.

Bill Priestrap needs to be put under Scrutiny for what he allowed here and what he might be allowing regularly. He seems too comfortable in his job.

Strzok, the guy who was writing the Text Messages about a Secret Society, was the guy who opened a larger Investigation after Popadopalous, but then Strzok was reassigned the Human Resources (FBI Recruiting); and the FBI pretended that was a punishment by comparing it to Siberia.

But he is still at the FBI, in the Recruiting Department.

## *Whereby the Plaintiff Prays the Court,*

Cause the NSA to Release all Records Possible

Res Judicata & Judicial Estoppel
New Hampshire v. Maine 532 US 742 (2001)

I challenge FISA, the Patriot Act, the Freedom Act, and CALEA together under Rule 5.1 of the Fed Rules of Civ Procedure

Rev. Ryan "Sasha" Gallagher



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND 20755-6000

Case: 85777/Appeal: 5063
19 June 2017

Mr. Ryan Gallagher
4611 Basil Drive
McKinney, TX  75070

Dear Mr. Gallagher:

 Thank you for your 7 March 2017 letter appealing the response from the National Security Agency (NSA or Agency) to your request for "ANY Records that any Agency as from PRISM or other Spying on me, NSA, CIA, FBI, DEA, etc, any agency, any spying." We have interpreted your request as being for NSA intelligence records on you. Your initial request and appeal were processed under the Freedom of Information Act (FOIA) and the Privacy Act (PA).

 I have reviewed your initial request, the Agency's 16 December 2016 response to you, and your appeal correspondence. I have determined the Agency's initial response was correct. Therefore, I am denying your appeal for the reasons explained below.

 The NSA's mission is to provide foreign intelligence that promotes the security of the United States. Threats to that security can involve an individual acting alone, as part of a group, or on behalf of a hostile foreign power. The public release of the Agency's intelligence records on such individuals could compromise national security by alerting them to information that the Agency has collected about their activities and possibly enabling them to thwart U.S. countermeasures.

 Moreover, even admitting that the Agency either does or does not possess records on an individual could enable that person to assess whether he or she was under surveillance or had successfully evaded it. Were the Agency to do so in the case of any one person requesting intelligence records--even an individual who poses no risk to U.S. national security-- the Agency would have to do so for all persons making such requests. This would include, for example, international terrorists and/or persons working as agents of foreign powers. As stated in the Agency's response to your request, acknowledging the existence or non-existence of any such information on any individual is, and must remain, a classified matter. Such an acknowledgment would also reveal protected information about NSA

activities. Your appeal is therefore denied because the FOIA and PA exempt the release of classified[1,2] and/or protected[3] information.

You are hereby advised of your right pursuant to 5 U.S.C. § 552(a)(4)(B) to seek judicial review of our determination in the United States District Court in the district in which you reside, in which you have your principal place of business, in which the Agency's records are situated (United States District Court of Maryland), or in the District of Columbia.

Finally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road - OGIS
> College Park, MD 20740
> ogis@nara.gov
> (877) 684-6448 / (202) 741-5770 / Fax (202) 741-5769

Sincerely,

*David J. Sherman*

DAVID J. SHERMAN
Chief, Strategy, Plans, and Policy
Freedom of Information/Privacy Act Appeal Authority

---

[1] The first exemption under the FOIA indicates that the FOIA does not apply to matters that are authorized by Executive Order to be kept secret and are properly classified in the interest of national defense or foreign relations. The fact of the existence or non-existence of intelligence records on any individual, including yourself, is an appropriately classified matter. Paragraph 3.6(a) of Executive Order 13526 ("Classified National Security Information") specifically authorizes this type of response, also known as a Glomar response, to such requests made under the FOIA

[2] The (k)(1) exemption under the PA provides that records subject to the provisions of the first exemption of the FOIA are exempt under the PA. Paragraph 3.6(a) of Executive Order 13526 ("Classified National Security Information") specifically authorizes this type of response, also known as a Glomar response, to such requests made under the PA.

[3] The third exemption under the FOIA authorizes the withholding of information specifically protected from disclosure by statute. The fact of the existence or non-existence of records responsive to your request is currently exempted from disclosure by the following statutes: Title 18 U.S. Code 798; Title 50 U.S. Code 3024(i); and Section 6, Public Law 86-36 (50 U.S. Code 3605).

The 9th Amendment: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

## Supporting Case Law

Penumbra The rights guaranteed by implication in a constitution or the implied powers of a rule. The original and literal meaning of penumbra is "a space of partial illumination between the perfect shadow ... on all sidesand the full light" (Merriam Webster's Collegiate Dictionary, 10th ed., 1996). The term was created and introduced byastronomer Johannes Kepler in 1604 to describe the shadows that occur during eclipses. However, in legal terms penumbrais most often used as a metaphor describing a doctrine that refers to implied powers of the federal government. The doctrineis best known from the Supreme Court decision of griswold v. connecticut, 381 U.S. 479, 85 S. Ct. 1678, 14 L. Ed. 2d510 (1965), where Justice william o. douglas used it to describe the concept of an individual's constitutional right ofprivacy. The history of the legal use of the penumbra metaphor can be traced to a federal decision written by Justice stephen j.field in the 1871 decision of Montgomery v. Bevans, 17 F.Cas. 628 (9th C.C.D. Cal.). (At the time, Field was performingcircuit duty while a member of the Supreme Court.) Since the Montgomery decision, the penumbra metaphor has not beenused often. In fact, more than half of its original uses can be attributed to just four judges: oliver wendell holmes, jr., learned hand, benjamin n. cardozo, and William O. Douglas. In an 1873 article on the theory of torts, Justice Holmes used the term penumbra to describe the "gray area where logicand principle falter." In later decisions, Justice Holmes developed the penumbra doctrine as representing the "outer boundsof authority emanating from a law." Justice Holmes usually used the word in an attempt to describe the need to drawArbitrary lines when forming legislation. For instance, in the decision of Danforth v. Groton Water Co., Holmes referred toconstitutional rules as lacking mathematical exactness, stating that they, "[l]ike those of the Common Law, end in apenumbra where the Legislature has a certain freedom in fixing the line, as has been recognized with regard to the policepower" (178 Mass. 472, 476–77, 59 N.E. 1033, 1034 [1901]). Judge Hand expanded the meaning of the word in opinions written between 1915 and 1950 by using it to indicate the vagueborders of words or concepts. He used it to emphasize the difficulty in defining and interpreting statutes, contracts,Trademarks, or ideas. Justice Cardozo's use of the penumbra metaphor in opinions written between 1934 and 1941 was similar to Holmes'sapplication, but Justice Douglas took a different approach. Rather than using it to highlight the difficulty of drawing lines ordetermining the meaning of words or concepts, he used the term when he wanted to refer to a peripheral area or an indistinctboundary of something specific. Douglas's most famous use of penumbra is in the Griswold decision. In the Griswold case, appellants Estelle Griswold,executive director of the Planned Parenthood League of Connecticut, and Dr. C. Lee Buxton, a medical professor at YaleMedical School and director of the league's office in New Haven, were convicted for prescribing contraceptive devices andgiving contraceptive advice to married persons in violation of a Connecticut statute. They challenged the constitutionality ofthe statute, which made it unlawful to use any drug or medicinal article for the purpose of preventing conception, on behalf ofthe married persons with whom they had a professional relationship. The Supreme Court held that the statute wasunconstitutional because it was a violation of a person's right to privacy. In his opinion, Douglas stated that the specificguarantees of the Bill of Rights have penumbras "formed by emanations from those guarantees that help give them life andsub-stance," and that the right to privacy exists within this area. Since Griswold, the penumbra doctrine has primarily been used to represent implied powers that emanate from a specificrule, thus extending the meaning of the rule into its periphery or penumbra.

Principles of Construction and Chevron Deference "'[A]s a general matter, courts should be loath to announce equitable exceptions to legislative requirements or prohibitions that are unqualified by the statutory text[.'] Although trust law may offer a 'starting point' for analysis in some situations, it must give way if it is inconsistent with 'the language of the statute, its structure, or its purposes.'" Hughes Aircraft Co. v. Jacobson, 525 U.S. 432, 447 (1999) (quoting Guidry v. Sheet Metal Workers Nat. Pension Fund, 493 U.S. 365, 376 (1990), and Varity Corp. v. Howe, 516 U.S. 489, 497 (1996)). "[T]he meaning of statutory language, plain or not, depends on context." Holloway v. United States, 526 U.S. 1, 7 (1999) (quoting Brown v. Gardner, 513 U.S. 115, 118 (1994), and King v. St. Vincent's Hospital, 502 U.S. 215, 221 (1991)). "We look first to evidence of the original understanding of the Constitution." Alden v. Maine, 527 U.S. 706, 741 (1999) "[E]arly congressional practice * * * provides 'contemporaneous and weighty evidence of the Constitution's meaning.'" Alden v. Maine, 527 U.S. 706, 743-744 (1999) (quoting Printz v. United States, 521 U.S. 898, 905 (1997) (internal quotation marks omitted)). "When interpreting a statute, we look first to the language." Richardson v. United States, 526 U.S. 813, 818 (1999). "As in any case of statutory construction, our analysis begins with the language of the statute. * * * And where the statutory language provides a clear answer, it ends there as well." Hughes Aircraft Co. v. Jacobson, 525 U.S. 432, 438 (1999) (citation and internal quotation marks omitted). "The Secretary's reading of [the statute] frankly seems to us the more natural - but it is in any event well within the bounds of reasonable interpretation, and hence entitled to deference under Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837, 842 (1984)." Your Home Visiting Nurse Services, Inc. v. Shalala, 525 U.S. 449, 453 (1999). "But Congress is well aware that the ambiguities it chooses to produce in a statute will be resolved by the implementing agency, see Chevron [U.S.A. Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837,] 842-843 [1984]. We can only enforce the clear limits that the 1996 Act contains * * *." AT&T Corp. v. Iowa Utilities Bd., 525 U.S. 366, 397 (1999). "Under Chevron, if a court determines that 'Congress has directly spoken to the precise question at issue,' then 'that is the end of the matter; for the court, as well as the agency, must give effect to the unambiguously expressed intent of Congress.'" United States v. Haggar Apparel Co., 526 U.S. 380, 392 (1999) (quoting Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837, 842-843 (1984)). "If, however, the agency's statutory interpretation 'fills a gap or defines a term in a way that is reasonable in light of the legislature's revealed design, we give [that] judgment "controlling weight."'" United States v. Haggar Apparel Co., 526 U.S. 380, 392 (1999) (quoting NationsBank of N.C., N.A. v. Variable Annuity Life Ins. Co., 513 U.S. 251, 257 (1995)). "A statute may be ambiguous, for purposes of Chevron analysis, without being inartful or deficient." United States v. Haggar Apparel Co., 526 U.S. 380, 392 (1999). "For purposes of the Chevron analysis, * * *[a statute is ambiguous if] the agency must use its discretion to determine how best to implement the policy in those cases not covered by the statute's specific terms." United States v. Haggar Apparel Co., 526 U.S. 380, 393 (1999). "[Chevron] [d]eference can be given to the regulations without impairing the authority of the court to make factual determinations, and to apply those determinations to the law, de novo." United States v. Haggar Apparel Co., 526 U.S. 380, 391 (1999). "Because the Court of Appeals confronted questions implicating 'an agency's construction of the statute which it administers,' the court should have applied the principles of deference described in Chevron U.S.A. Inc. v. Natural Resources Defense Council, Inc., 467 U.S. 837, 842 (1984). Thus, the court should have asked whether 'the statute is silent or ambiguous with respect to the specific issue' before it; if so, 'the question for the court [was] whether the agency's answer is based on a permissible construction of the statute.' Id. at 843." INS v. AguirreAguirre, 526 U.S. 415, 424 (1999). "[W]e have recognized that judicial deference to the Executive Branch is especially appropriate in the immigration context where officials 'exercise especially sensitive political functions that implicate questions of foreign relations.' INS v. Abudu, 485 U.S. 94, 110 (1998). A decision by the Attorney General to deem certain violent offenses committed in another country as political in nature, and to allow the perpetrators to remain in the United States, may affect our relations with that country or its neighbors. The judiciary is not well

positioned to shoulder primary responsibility for assessing the likelihood and importance of such diplomatic repercussions." INS v. Aguirre-Aguirre, 526 U.S. 415, 425 (1999). The Board of Immigration Appeals "should be accorded Chevron deference as it gives ambiguous statutory terms concrete meaning through a process of case-by-case adjudication * * *." INS v. Aguirre-Aguirre, 526 U. S. 415, 425 (1999) (internal quotation marks omitted). "[W]e have no occasion to review the call for deference here [to a construction of the agency's statutory jurisdiction first advanced in the government's Supreme Court brief], the interpretation urged in [that] brief being clearly the better reading of the statute under ordinary principles of construction." California Dental Assn. v. FTC, 526 U.S. 756, 766 (1999). "In resolving this issue, the [Federal Labor Relations] Authority was interpreting the statute Congress directed it to implement and administer. 5 U.S.C. § 7105. The Authority's conclusion is certainly consistent with the [statute] and, to the extent the statute and congressional intent are unclear, we may rely on the Authority's reasonable judgment." National Aeronautics and Space Admin. v. Federal Labor Relations Authority, 527 U.S. 229, 234 (1999). "In interpreting statutory mineral reservations like the one at issue here, we have emphasized that Congress 'was dealing with a practical subject in a practical way' and that it intended the terms of the reservation to be understood in 'their ordinary and popular sense.'" Amoco Production Co. v. Southern Ute Tribe, 526 U.S. 865, 873 (1999) (quoting Burke v. Southern Pacific R. Co., 234 U.S. 669, 679 (1914)). "It is a well-established rule of construction that '[w]here Congress uses terms that have accumulated settled meaning under . . . the common law, a court must infer, unless the statute otherwise dictates, that Congress means to incorporate the established meaning of these terms.'" Neder v. United States, 527 U.S. 1, 21 (1999) (quoting Nationwide Mut. Ins. Co. v. Darden, 503 U.S. 318, 322 (1992), and Community for Creative NonViolence v. Reid, 490 U.S. 730, 739 (1989)). "'[W]here Congress borrows terms of art in which are accumulated the legal tradition and meaning of centuries of practice, it presumably knows and adopts the cluster of ideas that were attached to each borrowed word in the body of learning from which it was taken and the meaning its use will convey to the judicial mind unless otherwise instructed.'" Kolstad v. American Dental Assn., 527 U.S. 526, 539 (1999) (quoting Morissette v. United States, 342 U.S. 246, 263 (1952)). "If a given statute is unclear about treating * * * a fact as [an] element [of the offense] or [a] penalty aggravator [in sentencing], it makes sense to look at what other statutes have done, on the fair assumption that Congress is unlikely to intend any radical departures from past practice without making a point of saying so." Jones v. United States, 526 U.S. 227, 234 (1999). "Statutory language must be read in context and a phrase 'gathers meaning from the words around it.'" Jones v. United States, 527 U.S. 373, 389 (1999) (quoting Jarecki v. G.D. Searle & Co., 367 U.S. 303, 307 (1961)). A statutory phrase "should ordinarily retain the same meaning wherever used in the same statute * * *." National Aeronautics and Space Admin. v. Federal Labor Relations Authority, 527 U.S. 229, 235 (1999) (agreeing to principle but rejecting argument based on this maxim). "Now and then silence is not pregnant." El Paso Natural Gas Co. v. Neztsosie, 526 U.S. 473, 487 (1999) (explaining that Congress probably failed to provide for tribal-court removal in Price-Anderson Act actions because Congress never expected the situation to arise).